UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____

In Re: James Delleville,            Case No. 10-19062
              Debtor.               Chapter 13

_____

MOTION TO VACATE DISMISSAL

1. On August 23, 2010, this Court issued an Order to Update requiring the Debtor to file a chapter 13 plan by September 7.
2. On September 8, the case was dismissed for failure to file necessary documents.
3. Upon a hearing held on October 14, the dismissal was vacated.
4. As of November 29, Debtor had yet to file a chapter 13 plan.
5. Debtor's case was dismissed for a second time on November 29.
6. Debtor has since retained new counsel for the present case. New counsel requires additional time to review Debtors documents, in order to properly amend Debtor's schedules, and file a feasible chapter 13 plan.

**WHEREFORE**, the Debtors respectfully request:
 1. That this Honorable Court vacate the Order Dismissing the present case.
 2. Debtor's counsel requests that the present case be reinstated for a period of 14-days to allow Debtor's counsel sufficient time to file the necessary documents.

Respectfully submitted,
James Delleville
By his attorney,

 /s/ Jacob T. Simon
BBO #673613
Liss Law, LLC

                                                          251 Harvard Street, Ste 7
                                            Boston, Massachusetts 02446
                                                     (617) 505-6919(t)
                                                     (617) 505-6921(f)

Dated:  December 6, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____

In Re: James Delleville,                     Case No. 10-19062
       Debtor.                                      Chapter 13

_____

CERTIFICATE OF SERVICE

     I, Jacob T. Simon, Esq. state that on December 6, 2010, I electronically filed the foregoing Motion to Vacate Dismissal with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on all parties participating with a CM/ECF account.

/s/ Jacob Simon<br>
Jacob T. Simon Esq.<br>
BBO# 673613

Date:  December 6, 2010