UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
In re:                                                 )
                                                           )
        JAMES DELLEVILLE                    )        CHAPTER 13
                                                           )        CASE NO. 10-19062
                        Debtor                       )
_____)

## OPPOSITION TO DEBTOR'S MOTION TO VACATE DISMISSAL

William Adams ("Adams"), a secured creditor, hereby opposes the Debtor's Motion To Vacate Dismissal ("Motion").  As reasons therefore, Adams states that the Debtor has twice failed to file the documents ordered by the Court and requested by the Chapter 13 Trustee.

The Debtor filed his petition on August 20, 2010.  Since that date, the Debtor has done nothing other than file responses to the Court's dismissals of the case.

The Debtor has not made a plan payment, filed a proposed plan, provided a profit and loss statement from his business, nor provided his tax returns.  Accordingly, it appears the Debtor is using the Court and his multiple filings as a means to delay and hinder creditors.

Debtor appears to have retained new counsel who now asks for time to "review Debtors documents", but fails to state why the Debtor has not taken any action for more than 90 days since the filing of his petition.

Additionally, the Debtor has listed secured debt in the amount of $1,097,398.98, which is greater than the jurisdictional limit for secured debt of $1,081,400.  Accordingly, based upon his own petition the Debtor is not eligible to be a Chapter 13 debtor.

Accordingly, Adams requests the Court to deny the Debtor's Motion To Vacate Dismissal.

William Adams,
By His Attorney,

 /s/ Leonard A. Frisoli
Leonard A. Frisoli, BBO #638201

Frisoli Associates, PC
Bulfinch Square
43 Thorndike Street
Cambridge, MA 021241
(617) 494-0200
laf@frisolilaw.com

Dated: 12/7/10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
In re:                                          )
                                                )
        JAMES DELLEVILLE                        )        CHAPTER 13
                                                )        CASE NO. 10-19062
                              Debtor            )
_____)

Certificate of Service

        I, Leonard A. Frisoli, hereby certify that a true copy of the above Notice of Appearance was served upon the following persons via first class mail, and/or ECF, on December 7, 2010.


                                         /s/ Leonard A. Frisoli
                                        Leonard A. Frisoli



Carolyn Bankowski, Esq.
Chapter 13 Trustee
PO Box 8250
180 Canal Street
Boston, MA 02114-0033
13trustee@ch13boston.com

Office of the United States Trustee
10 Causeway Street, Rm. 1184
Boston, MA 02222-1043
USTPRegion01.BO.ECF@USDOJ.GOV

Wendy Manz, Esq.
5 Militia Drive
Lexington, MA 02421
Wendy_manz@manzlaw.com

Jacob T. Simon, Esq.
Liss Law, LLC
251 Harvard Street, Suite 7
Boston, MA 02446
jacobsimon@lisslawboston.com